# IN THE SUPREME COURT OF THE STATE OF NEVADA

HEATH VINCENT FULKERSON,
Appellant,
vs.
FIRE INSURANCE EXCHANGE; THE
STATE OF NEVADA DEPARTMENT
OF BUSINESS AND INDUSTRY,
DIVISION OF INSURANCE; AND THE
STATE OF NEVADA OFFICE OF THE
ATTORNEY GENERAL,
Respondents.

No. 82074

FILED

DEC 08 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on November 12, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Elliott A. Sattler, District Judge
Heath Vincent Fulkerson
Attorney General/Carson City
The Feldman Firm, P.C.
Attorney General/Las Vegas
Washoe District Court Clerk

20-44491